# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| UNITED STATES OF AMERICA | CASE NO. 3:22-cr-79-LAB-JBT |
|---|---|
| v. | |
| JESSE RANCE MOORE | |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Kirwinn Mike | Lisa Call |

## HONORABLE LARRY A. BURNS
### UNITED STATES DISTRICT JUDGE

Courtroom Deputy: S. Woolbright        Court Reporter: Shelli Kozachenko

## CLERK'S MINUTES

### PROCEEDINGS OF: STATUS CONFERENCE AND RESOLUTION OF PRETRIAL MOTIONS AND MOTIONS IN LIMINE HEARING

Court Addressed pending motions.

Report and Recommendations Doc [67] is **ADOPTED in full**.

Motion to Dismiss [79] is **DENIED**.

Motions in limine [81] **GRANTED in part and DENIED in part** (granted for the first three requests of former employment, political signs, and firearms seized, and **DENIED** for the final requests as it pertains to the medical records/pain pills that Moore was prescribed.

Government proposed voir dire, jury instructions, and brief statement of the case to be read to the venire and any special verdicts due by **Monday, October 23, 2023.**

Court addressed witnesses and preliminary trial matters.

**Jury trial will begin on Monday October 30, 2023, at 9:00 a.m.**

Date: October 20, 2023
Time: 3:00 p.m. – 4:18 p.m.
Total: 1 hour and 18 minutes